# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEMETRIUS HOWARD,<br><br>　　　　　Defendant. | No. CR 10-909-DMG<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE [128, 131]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Demetrius Howard's unopposed *ex parte* application for termination of supervised release [Doc. # 128, 131] is **GRANTED**. Demetrius Howard's supervised release is terminated forthwith.

DATED: February 9, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: USPO